UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. LAWS, | No. 2:17-cv-0369 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN LAWS, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Pending before the court is plaintiff's request for subpoena pursuant to Fed. R. Civ. Proc. 45. ECF No. 9.

The court will deny plaintiff's request at this time. The Clerk of Court entered the default of defendant Carolyn Laws on April 7, 2017. ECF No. 7. Plaintiff has failed to show good cause why the court should authorize a subpoena in light of this procedural posture.

The court notes that this is one of two cases in this court in which plaintiff seeks federal court resolution of the same probate matter. See Laws v. Laws, et al., No. 2:17-cv-0525 JAM CKD. In that case, the Clerk of Court was "directed to issue no subpoenas in" its case "absent authorization by the court" due to an abuse of the subpoena process. Id., ECF No. 10.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that, plaintiff's request for subpoena (ECF No. 9) is denied.

DATED: April 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE