1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM J. LAWS,                         No.  2:17-cv-0369 TLN AC

12                    Plaintiff,

13         v.                                   ORDER

14    CAROLYN LAWS, et al.,

15                    Defendants.

16

17         On June 12, 2017, plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ.

18    Proc. 41(a)(1)(A) as to defendant State of California only.  ECF No. 17.  Accordingly, IT IS

19    HEREBY ORDERED that Defendant State of California is dismissed from this action without

20    prejudice.

21    DATED: June 19, 2017

22

23    ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28